IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| AMERICAN PATENTS LLC, | § § § | |
| Plaintiff, | § § | CASE NO. 6:20-cv-00741-ADA |
| v. | § § | JURY TRIAL DEMANDED |
| EXTREME NETWORKS, INC., | § § | |
| Defendant. | § | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE ALAN D ALBRIGHT:

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiff American Patents LLC ("American Patents") and Defendant Extreme Networks, Inc. ("Extreme Networks") (collectively, the "Parties") hereby submit this Joint Stipulation of Dismissal with Prejudice and show the following:

On August 14, 2020, American Patents sued Extreme Networks for patent infringement in the United States District Court for the Western District of Texas, Waco Division.  The Complaint premised that the Western District of Texas was a proper venue because it alleged Extreme Networks has a regular and established place of business in El Paso, Texas, and presented what it alleged to be a tax record for a building located in El Paso, Texas.

Extreme Networks denies that it has a regular and established place of business in the Western District of Texas, and asserts that the building referenced in the Complaint is owned by a third party, and that Extreme Networks' tax payment is not related to real property and does not establish a regular and established place of business in this district.

Notwithstanding the Parties' disagreement regarding venue, the Parties have decided to resolve their differences and have entered into a Settlement and License Agreement.  As a consequence, the Parties hereby stipulate, subject to the approval of the Court that:

- all claims and causes of action asserted in this lawsuit are dismissed with prejudice to the re-filing of same; and

- each of the Parties agrees to bear its own respective costs and expenses in this action.

Dated:  November 16, 2020.

By: */s/ Zachariah Harrington*

MATTHEW J. ANTONELLI
State Bar No. 24068432
ZACHARIAH HARRINGTON
State Bar No. 24057886
LARRY D. THOMPSON
State Bar No. 24051428
CHRISTOPHER RYAN PICKNEY
State Bar No. 24067819
ANTONELLI, HARRINGTON &
   THOMPSON LLP
4306 Yoakum Boulevard, Suite 450
Houston, TX  77006
713.581.3000 (Telephone)
713.581.3020 (Facsimile)
zac@ahtlawfirm.com
matt@ahtlawfirm.com
larry@ahtlawfirm.com
ryan@ahtlawfirm.com

STAFFORD DAVIS
State Bar No. 24054605
CATHERINE BARTLES
State Bar No. 24104849
THE STAFFORD DAVIS FIRM, PC
815 South Broadway Avenue
Tyler, TX  75701
903.593.7000 (telephone)
903.705.7369 (facsimile)
sdavis@stafforddavisfirm.com
cbartles@stafforddavisfirm.com

**COUNSEL FOR PLAINTIFF**

Respectfully submitted,

By: */s/ Paige Arnette Amstutz*

PAIGE ARNETTE AMSTUTZ
State Bar No. 00796136
SCOTT DOUGLASS & MCCONNICO LLP
303 Colorado Street, Suite 2400
Austin, TX 78701
Tel: (512) 495-6300
Fax: (512) 495-6399
pamstutz@scottdoug.com

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on November 16, 2020, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Paige Arnette Amstutz*
Paige Arnette Amstutz